

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2019

No. 04-19-00028-CV

Kent **LINDUFF,**
Appellant

v.

Lisa Ann **ROBERTS** aka Lisa Ann Bays,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 13-310
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. Time is extended to March 29, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court